# Court of Appeals
# of the State of Georgia

ATLANTA,___March 31, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1262. BOB AARON MIKELL v. THE STATE.**

Bob Aaron Mikell appeals to this Court from the superior court's order denying his motion to vacate that court's prior judgment in a habeas corpus proceeding. The underlying subject matter of an appeal controls over the relief sought in determining the proper appellate procedure. *Rebich v. Miles*, 264 Ga. 467 (448 SE2d 192) (1994). Here, habeas corpus is the underlying subject matter of this appeal. Because the Supreme Court has jurisdiction over appeals in habeas corpus cases, see Ga. Const. of 1983, Art. VI, Sec. VI, Para. III (4), Mikell's appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____ 03/31/2016_____*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*